UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIMA LS PLC, <br><br> *Petitioner,* <br><br> v. <br><br> NASSAU REINSURANCE GROUP HOLDINGS, L.P., PHILLIP J. GASS, and KOSTAS CHELIOTIS, <br><br> *Respondents.* | Case No. 15-MC-0359 <br><br> Case Pending in District of Connecticut: No. 3:12-CV-001122 (WWE) |

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2015, I caused true and complete copies of the Notice of Motion for Clarification and Reconsideration of the Court's Order Granting Rule 45 Motion to Compel Compliance with Subpoenas; Respondents' Memorandum of Law in Support of the Motion for Clarification and Reconsideration of the Court's Order Granting Rule 45 Motion to Compel Compliance with Subpoenas; Respondents' Stipulation and Proposed Order of Substitution of Counsel; the Declaration of Joshua M. Greenblatt Pursuant to Local Rule 1.4, dated December 9, 2015; the Notice of Appearance of Joshua M. Greenblatt; and the Notice of Appearance of Gavin D. Schryver, to be served by hand on the counsel listed below:

    PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP
    Martin Flumenbaum
    Allan J. Arffa
    Jessica S. Carey
    1285 Avenue of the Americas
    New York, New York 10019
    Tel.: (212) 373-3000

    *Attorneys for Petitioner Lima LS plc*

Dated: New York, New York
December 10, 2015

        KASOWITZ, BENSON, TORRES
          & FRIEDMAN LLP

By:    /s/ Gavin D. Schryver
       Gavin D. Schryver (gschryver@kasowitz.com)

1633 Broadway
New York, N.Y. 10019
Tel.:   (212) 506-1700
Fax:   (212) 506-1800

*Attorneys for Respondents*
*Nassau Reinsurance Group Holdings, L.P.,*
*Phillip J. Gass, and Kostas Cheliotis*