# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LIMA LS PLC,** <br><br> Petitioner, <br><br> v. <br><br> **NASSAU REINSURANCE GROUP HOLDINGS, L.P., PHILLIP J. GASS, JR., and KOSTAS CHELIOTIS,** <br><br> Respondents. | CASE NO. 3:16-mc-00111-WWE <br><br> **<u>JOINT STIPULATION FOR VOLUNTARY WITHDRAWAL OF MOTION AND CLOSURE OF DOCKET</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Lima LS plc ("Petitioner"), and Respondents Nassau Reinsurance Group Holdings, L.P., Phillip J. Gass, Jr., and Kostas Cheliotis ("Respondents") (collectively, the "Parties") hereby STIPULATE as follows:

1. Petitioner has agreed to withdraw its motion to compel (Dkt. No. 1) and close this matter.

2. Accordingly, attached is an order closing this matter, with each Party bearing its own attorneys' fees, costs and other expenses. All Parties will jointly request that the Court execute and enter the attached order.


Dated: February 9, 2017     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Martin Flumenbaum*
Martin Flumenbaum
Attorneys for Petitioner
Lima LS plc

Dated: February 9, 2017    EDISON, MCDOWELL & HETHERINGTON LLP


                            */s/ Thomas F.A. Hetherington*
                            Thomas F.A. Hetherington
                            Attorneys for Respondents
                            Nassau Reinsurance Group Holdings, L.P.,
                            Phillip J. Gass, Jr., and Kostas Cheliotis